UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS RITTER, *et. al* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WASHINGTON MUTUAL )<br>BANK, N.A., *et al.* )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:10-cv-00438-GBL-TCB |

## ORDER

UPON DUE CONSIDERATION of the Motion to Dismiss Plaintiffs' Amended Complaint filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure by Defendant JP Morgan Chase Bank, N.A. as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver ("Chase"), incorrectly named and sued as Washington Mutual Bank, N.A. and Morgan Chase Bank Home Lending, the Memorandum of Law in support thereof, and any opposition thereto, it is hereby

ORDERED that the aforesaid Motion be, and hereby is, GRANTED; and it is further

ORDERED that all claims in the Amended Complaint against Defendant Chase shall be, and hereby are, DISMISSED WITH PREJUDICE.

Dated this 24th day of Janu, 2011.

                                         /s/
                            _____
                            Gerald Bruce Lee
                            United States District Judge
                            United States District Judge